# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

154069 & (17)(18)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

TRAMMANUEL DURHAM,
 Defendant-Appellant.

_____/

SC: 154069
COA: 331567
Wayne CC: 10-002260-FC

On order of the Court, the application for leave to appeal the May 17, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for appointment of counsel and to remand to the trial court are DENIED.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

p0315